# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 27, 2003

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 01-1066

| | |
|---|---|
| LAWRENCE GREGORY-BEY, *Petitioner-Appellant,* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| *v.* | |
| CRAIG A. HANKS, *Respondent-Appellee.* | No. 94 C 903 |
| | David F. Hamilton, *Judge.* |

## ORDER

The slip opinion issued in the above-entitled cause on June 13, 2003, is amended as follows:

On page 4, 4th line of footnote 1, replace "*Post* at 9." with "*Post* at 36."

On page 5, 10th line of footnote 3, replace "*Post* at 6." with "*Post* at 33."

On page 6, 2nd line of footnote 6, replace "*Post* at 9." with "*Post* at 36-37."

On page 18, 4th line of footnote 14, replace "*Post* at 3." with "*Post* at 30."

On page 18, 13th line of footnote 14, replace "*post* at 4," with "*post* at 31,".

On page 19, 4th line of footnote 15, replace "*Post* at 3-4." with "*Post* at 30-32."

On page 19, 10th line of footnote 15, replace "*post* at 3, n.3," with "*post* at 30, n.2,".

On page 21, 2nd line of footnote 16, replace "*Post* at 6." with "*Post* at 33."

On page 24, 1st line of footnote 17 (...continued), replace "*See post* at 7," with "*See post* at 34,".